

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00350-CV

| | | |
|---|---|---|
| IN RE TEXAS CHRISTIAN UNIVERSITY, Relator | § | Original Proceeding |
| | § | 342nd District Court of Tarrant County, Texas |
| | § | Trial Court No. 342-307963-19 |
| | § | January 14, 2021 |
| | § | Memorandum Opinion by Justice Bassel |

## JUDGMENT

This court has considered relator's petition for writ of mandamus and holds that the petition should be conditionally granted. Accordingly, we conditionally grant the writ of mandamus and direct the trial court to vacate all paragraphs and handwritten entries in its August 18, 2020 order that compel TCU to produce discovery that does not pertain to the Registrar's Office and to similarly situated employees in the Registrar's Office. Our writ will issue only if the trial court fails to comply.

It is further ordered that real party in interest Ricardo Avitia shall pay all of the costs of this proceeding, for which let execution issue.

<div style="margin-left:45%;">

SECOND DISTRICT COURT OF APPEALS

By   /s/ Dabney Bassel
          Justice Dabney Bassel

</div>